ANNA LEWIS, Appellant, *v.* HESTER STEVENSON et al., as Executors of GEORGE STEVENSON, Deceased, Respondents.

Argued November 17, 1950; decided December 1, 1950.

*Henry L. Nowvé* and *Raymond L. Nowvé* for appellant.

*Melvel W. Snitow* and *Sydney Snitow*, in person, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.